## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 161 MM 2015

Respondent :

v. :

DALLAS RAY VAVRA, :

Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of February, 2016, the Application for Appointment of Counsel is **DENIED.**

Justice Eakin did not participate in the consideration or decision of this matter.